IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Man Hong Wong                                   :
6286 Thornberry Ct.,                            :
Mason, OH 45040                                 :
                                                :
Wei Dong Zheng (A072-475-879)                   :
6286 Thornberry Ct.,                            :
Mason, OH 45040                                 :
                                                :
Plaintiffs,                                     :
                                                :
v.                                              :    Civil Action No. _____
                                                :
KIRSTJEN NIELSEN, as Secretary of the           :    COMPLAINT FOR
U.S. Department of Homeland Security            :    WRIT IN THE NATURE
U.S. Department of Homeland Security            :    OF MANDAMUS
Office of General Counsel                       :
Washington, D.C. 20528                          :
                                                :
L. FRANCIS CISSNA, as Director of the           :
U.S. Citizenship & Immigration Services,        :
U.S. Citizenship & Immigration Services         :
20 Massachusetts Ave., NW                       :
Washington D.C. 20529                           :
                                                :
Julie Decker, as Field Office Director of the   :
USCIS Cincinnati Field Office,                  :
U.S. Citizenship & Immigration Services         :
J.W. Peck Federal Building                      :
550 Main Street, Room 4001                      :
Cincinnati OH 45202                             :
                                                :
Defendants                                      :

1

## PLAINTIFFS' ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS

COME NOW Plaintiffs Man Hong Wong and Wei Dong Zheng, by and through their Counsel Kim-Bun Thomas Li, and file this complaint for a writ of mandamus.

1. This action is brought against the Defendants to compel action on an Alien Relative Petition properly filed by the Plaintiff Man Hong Wong on behalf of Plaintiff Wei Dong Zheng. The petition was filed under and remains the jurisdiction of the Defendants, who have improperly withheld action on said petition to the Plaintiffs' detriment.

### I. JURISDICTION

2. This Court has jurisdiction over the present action pursuant to 28 USC Section 1331 and Section 1361, regrading an action to compel an officer of the United States to perform his duty; and 5 U.S.C. Section 701 et. seq., the Administrative Procedures Act; and 28 U.S.C. Section 2201, et seq., the Declaratory Judgment Act. 8 USC Section 1329, of the Immigration and Nationality Act (hereinafter referred to as "INA"), providing jurisdiction of this Court over actions arising under said Act.

## II. VENUE

3. 28 U.S.C. Section 1391(e), as amended, provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his official capacity, or under color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a defendant in the action resides. Defendants, Department of Homeland Security, et al., are agencies that operate within the District of Columbia.

## III. PLAINTIFFS

4. Plaintiff Man Hong Wong is a U.S. citizen. Plaintiff Wei Dong Zheng is a citizen of the People's Republic of China. Plaintiffs Man Hong Wong and Wei Dong Zheng are husband and wife. They are residing at 6286 Thornberry Ct., Mason, OH 45040. Pursuant to INA §204(a)(1)(A)(i), Plaintiff Man Hong Wong filed an I-130 Immediate Relative Visa Petition to the USCIS for her husband Plaintiff Wei Dong Zheng on October 11, 2016. (See Exhibit A).

## IV. DEFENDANTS

5. Defendant, the Department of Homeland Security, is a Federal agency that is mandated under the law through its Director to supervise, implement, and enforce the INA, including petitions for relatives by U.S. citizens. Defendant Kirstjen Nielsen is the Secretary of the U.S. Department of Homeland Security. This action is brought against her in her official capacity. She is generally charged with enforcement of the INA, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 U.S.C. Section 1103(a). Moreover, the Secretary is responsible for adjudication of I-130 petitions filed pursuant to Section 204(a) of the INA. 8 U.S.C. Section 1154. The USCIS is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

6. Defendant L. Francis Cissna is the Director of the USCIS who is in-charge of the enforcement of the INA and Defendant Julie Decker is the Field Office Director of the USCIS Cincinnati Field Office who is an official of the USCIS generally charged with supervisory authority over all operations of the USCIS Cincinnati Field Office,

which has jurisdiction over the currently pending I-130 petition filed by the Plaintiff Man Hong Wong.

## V. EXHAUSTION OF REMEDIES

7. Plaintiffs have exhausted their administrative remedies. Plaintiffs have, by and through themselves and their attorney, made numerous inquiries in the last nine (9) months concerning the status of the petition which has been pending for more than two (2) years to no avail. Plaintiff Man Hong Wong personally appeared in USCIS offices to inquire about the applications, and their attorney also sent inquiry letter and calls to Defendants. To the inquiries, Defendants either informed the Plaintiffs or their attorney that the case was pending review or failed to respond. No decision was made as of to date.

## VI. CAUSE OF ACTION

8. Plaintiff Man Hong Wong properly filed an I-130 Petition for Alien Relative pursuant to INA Section 204(a) along with supporting documents to the USCIS. The Plaintiffs attended an interview at the USCIS Cincinnati Field Office on April 21, 2017. Defendants indicated that the case would be adjudicated within 120 days after the interview.

9. In August, 2017, Plaintiffs' attorney submitted a written inquiry about the case to the USCIS. (See Exhibit B). No response was provided by the Defendants. Since then, Plaintiff Man Hong Wong has called and visited the USCIS via Customer Service, INFOPASS and other means many times to check on the status of the petition. Each time, they were told by a USCIS officer that the petition was pending. As of to date, the I-130 petition has not been adjudicated.

10. Plaintiffs have been greatly damaged by the failure of the Defendants to act in accord with their duties under the law. Specifically, Plaintiff Wei Dong Zheng is unable to apply for an immediately available immigrant visa, to apply for advance permissible to apply for a visa upon removal, and to apply for a provisional unlawful presence waiver. These reliefs that would allow him to legalize his status and to minimize the pain and suffering of separating with his U.S. citizen wife and children would be available only if the I-130 petition is approved. Also because of the fear of separation with her husband, Plaintiff Man Hong Wong is suffering from depressive disorder.

11. Accordingly, Plaintiffs have sustained damages to their emotion, health, and ability to legalize Plaintiff Wei Dong Zheng's immigrant status due to the unreasonable delay in adjudicating Plaintiffs' petition by the Defendants.

12. The Defendants have failed to properly adjudicate the petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiffs' petition after the Plaintiffs had submitted properly executed petition and documentation for a benefit which they are clearly eligible. It has been more than Eighteen (18) months since the Plaintiff Man Hong Wong filed her I-130 petition for alien relative that normally take about eight (8) to eleven (11) months for the Defendants to adjudicate. (See Exhibit C)

## VII. PRAYER

**WHEREFORE**, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(1)   requiring Defendants to immediately adjudicate Plaintiffs' I-130 petition; and

(2)   granting such other relief at law and in equality as justice may require.

Respectfully submitted this 22nd day of May, 2018:

/s/ Kim-Bun Thomas Li
Kim-Bun Thomas Li, Esq.
Counsel for Plaintiffs
Li, Latsey and Guiterman, PLLC
451 Hungerford Drive, Suite 218
Rockville, MD 20850
Tel:  (301) 340-8688
Fax: (301) 340-8304
D.C. U.S. District Court No.: 463849